THE SPRINGFIELD METALLIC CASKET COMPANY, Appellant, *v.* JOSEPH WIELAR, Impleaded with JULE STEIN, Respondent.

APPEAL by the plaintiff from an order of the General Term of the City Court, affirming two orders of that court at Special Term.

Bennett & Silverman, for appellant.

James, Schell, Elkus & McGuire, for respondent.

*Per Curiam.* Order of the General Term of the City Court affirmed under Schwietering v. Rothschild, 26 App. Div. 614, with costs to the respondent.

Present: FREEDMAN, P. J., MACLEAN and LEVENTRITT, JJ.

Order affirmed, with costs to respondent.